December 14, 2017

Clerk of the Court
12th Court of Appeals
1517 W. Front Street, Suite 354
Tyler TX 75702

Victor Vega, #1447025
Michael Unit
2664 FM 2054
Tennessee Colony TX 75886

Re:  Case No. 12-17-00386-CV
     Trial Cause No. DCCV17-432-349
     In re VEGA

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 20 2017

TYLER, TEXAS
PAM ESTES, CLERK

I received your December 7, 2017 letters on December 12, 2017, concerning my filing of Relator's Petition for Writ of Mandamus, in the above referenced case.

In your letter, you state that my Petition fails to comply with Tex.R.App.P. Rules 52.3(k) and 52.7, that I must file another Affidavit of Previous Filings, and must include $155 filing fee.

I believe this to be in error.

Pursuant to Tex.R.App.P. Rule 20.1, "A party is not required to pay costs in the Appellate Court if the Trial Court ordered the party to pay partial cost or to pay costs in installments."

In both my cover letter and Petition, I noted that I am proceeding in this matter under the presumption of indigence as required by Tex.R.App.P. Rule 20.1(b)(2).  No party has filed any motion under Tex.R.App.P. Rule 20.1(b)(3)(A) claiming my circumstances have changed.

As I am presumed indigent, and the Trial Court ordered me to pay the costs of the underlying cause in installments, I am entitled to proceed without the payment of costs, filing of the Clerk's Record, and to allow the Appendix required to be satisfied by the existing filings in the Trial Court's docket.

I am including however, two copies of Relator's Declaration of Previous Filings, a certified copy of my Inmate Trust Fund Data Sheet, and text of the Rules relied upon which my arguments are based, as requested.  As an inmate, I do not have access to make photocopies, thus I cannot furnish copies of the Trial Court's Order.

Please file these with the Court, serve a copy on opposing counsel, and return a file marked copy to me for my records.  I have included a postage prepaid, self-addressed envelope for your convenience.

Your attention in this matter is greatly appreciated.

Respectfully,

Victor Vega, #1447025
Pro Se

Encl.

Cc: file

| | | |
|---|---|---|
| Victor VEGA, #1447025, Appellant | § | 12th Court of Appeals |
| | § | |
| vs. | § | for the |
| | § | |
| Lorie Davis, Director, TDCJ-ID, et al., | § | State of Texas |
| Appellees | | |

**UNSWORN DECLARATION OF PREVIOUS FILINGS**

I, Victor VEGA, #1447025, ("Appellant"), in this action, declare I have brought one previous suit, and been a party to a second suit, while incarcerated, as detailed below, as required by **Tex.Civ.Prac. & Rem. Code §14.004(a).**

1. **42 U.S.C. §1983** suit filed in the United States District Court, Eastern District, Sherman Division, Civil Action No. 4:16cv172, Victor VEGA, #1447025 v. Town of Flower Mound, Texas, et al., including the Town of Flower Mound, Texas, Flower Mound Police Chief, Martha Kotila, and Levona Burgess. Appellant's suit involved The Town of Flower Mound, and it's employees named, violated Appellant's right to Due Process in regards to personal property the Town seized pursuant to a search warrant in Appellant's criminal case, that was improperly destroyed without giving him notice as required by state law. The District Judge, Amos L. Mazzant, III, dismissed the suit with prejudice. The case is currently pending appeal in the 5th Circuit Court of Appeals, Appellate Cause No. 17-40346. This case **was not** dismissed as frivolous or malicious.

2. **42 U.S.C. §1983** suit filed in the United States District Court, Eastern District, Tyler Division, as original Civil Action No. 6:16cv503, Steven Keith GREEN, #1628182 v. Texas Department of Criminal Justice, et al., as a class action lawsuit. The Court split this suit into 400 individual actions, Appellant's being Victor VEGA, #1447025 v. Texas Department of Criminal Justice, et al., Civil Action No. 6:16cv573, after Magistrate Judge K. Nicole Mitchell's Order of Deficiency and Severance, which ordered each of the nearly 400 inmate plaintiffs to file individual applications of **in forma pauperis** status, or pay filing fees. Appellant's individual action was dismissed without prejudice for want of prosecution by District Judge Ron Clark. This case **was not** dismissed as frivolous or malicious.

1

## VERIFICATION

I, Victor VEGA, #1447025, do hereby swear, certify, and verify, that the foregoing information is true and correct under penalty of perjury.

Executed this 13th day of December, 2017 at Tennessee Colony, Texas.

Victor Vega, #1447025
Pro Se
Michael Unit
2664 FM 2054
Tennessee Colony TX 75886

2

## APPENDIX

Tex.R.App.P. Rule 52.3(k) requires Relator provide the text of any rule, regulation, statute, or any other law on which his argument is based.

Relator asserts that his arguments are based on the following Texas Rules of Appellate Procedure:

**Tex.R.App.P. Rule 296 Request for Findings of Facts and Conclusions of Law**

In any case tried in the District or County Court without a jury, any party may request the Court to state in writing its Findings of Facts and Conclusions of Law. Such request shall be entitled "Request for Findings of Facts and Conclusions of Law" and shall be filed within twenty days after the judgment is signed with the Clerk of the Court, who shall immediately call such request to the attention of the judge who tried the case. The party making the request shall serve it on all other parties in accordance with Rule 21a.

**Tex.R.App.P. Rule 297 Time to File Findings of Facts and Conclusions of Law**

The Court shall file its Findings of Facts and Conclusions of Law within twenty days after a timely request is filed. The Court shall cause a copy of its findings and conclusions to be mailed to each party in the suit. If the Court fails to file timely Findings of Facts and Conclusions of Law, the party making the request shall within thirty days after filing the original request, file with the Clerk and serve on all other parties in accordance with Rule 21a a "Notice of Past Due Findings of Facts and Conclusions of Law" which shall be immediately called to the attention of the Court by the Clerk. Such notice shall state the date of the original request was filed and the date the Findings of Facts and Conclusions of Law were due. Upon filing this notice, the time for the Court to file Findings of Facts and Conclusions of Law is extended to forty days from the date the original request was filed.

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        12/14/17
MI59/SS00136              IN-FORMA-PAUPERIS DATA                  11:26:04
TDCJ#: 01447025 SID#: 07741648 LOCATION: MICHAEL      INDIGENT DTE:
NAME: VEGA,VICTOR                      BEGINNING PERIOD: 06/01/17
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:       285.22 TOT HOLD AMT:       0.00 3MTH TOT DEP:     600.00
6MTH DEP:       1,500.00 6MTH AVG BAL:      386.30 6MTH AVG DEP:     250.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
11/17     624.14         300.00         08/17     534.28         300.00
10/17     560.04           0.00         07/17     631.79         300.00
09/17     560.04         300.00         06/17     535.32         300.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _ANDERSON_
ON THIS THE _14th_ DAY OF _December_, _241_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

Shekina Smith
Notary Public, State of Texas
My Comm. Expires 08-17-2019
Notary ID# 13034031-7
Notary Without Bond